IN THE CIRCUIT COURT IN AND FOR THE THIRTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION

RODOLFO E. ZUNIGA,

        Plaintiff,

                                          Case No.:

vs.

                                          Division:

AMERICAN SECURITY
INSURANCE COMPANY,

        Defendant.

_____/

### COMPLAINT AND DEMAND FOR JURY TRIAL

        The Plaintiff, RODOLFO E. ZUNIGA (hereinafter the **"Plaintiff"**), by and

through his undersigned counsel, hereby sues the defendant, AMERICAN SECURITY

INSURANCE COMPANY (hereinafter the **"Defendant"**), and alleges:

### General Allegations

        1.        This is an action for damages which exceed $15,000.00.

        2.        At all times material hereto, Plaintiff was and is the owner of the

residence located at 3022 W. Wilder Drive, Tampa, Florida.

        3.        The Plaintiff had a Policy(s) of insurance with the Defendant, Policy

No. 09HOC17723537; a copy of the Policy and Declaration Page are attached hereto as

Composite Exhibit "A" and incorporated herein by reference.

        4.        Plaintiff has paid all premiums on said policy.

        5.        While said policy was in full force and effect, the Plaintiff's residence

incurred damage including physical damage to the walls, ceilings, and floors of the residence.

        6.        The damage to the Plaintiff's home is a covered peril under the policy.

7.        Plaintiff made application for benefits to Defendant under the said Policy.

8.        The Defendant has failed and refuses to pay all benefits to which the Plaintiff is entitled for his loss.

9.        The Defendant has breached the policy of insurance by failing to pay all benefits to which the Plaintiff is entitled.

10.        The Plaintiff has complied with all conditions precedent prior to bringing this action; alternatively, the Defendant has waived the performance of any conditions precedent.

11.        The Plaintiff is entitled to the full cost of repairs to the home including, but not limited to, restoration of the foundation, ground stabilization, structural repairs, cosmetic repairs, monies for additional living expenses, any other benefits available under the said Policy, prejudgement interest, attorney's fees, and the costs of this litigation.

12.        As a result of the action and/or inaction of the Defendant, the Plaintiff has had to retain the undersigned attorney and is obligated to pay him a reasonable fee for his services. The Plaintiff is entitled to attorney's fees pursuant to Section 627.428, Fla. Stat.

WHEREFORE, Plaintiff demands judgment against the Defendant for:

A.        Any and all general and special damages including the full cost of repair or replacement of Plaintiff's home;

B.        Pre-judgment interest;

C.        Attorney's fees and costs; and

D.        Any and all such other relief as may be appropriate under the circumstances.

2

## Demand for Jury Trial

Plaintiff demands a trial by jury on all issues so triable as a matter of law.

**WILLIAMS LAW ASSOCIATION, P.A.**

K.C. WILLIAMS III, ESQUIRE
1715 West Cleveland Street
Tampa, Florida 33606
TELEPHONE:  (813) 288-4999
FACSIMILE:  (813) 288-4944
F.B.N.: 063241
Attorney for the Plaintiff

# American Security Insurance Company

## P.O. BOX 50355, ATLANTA, GA 30302

A STOCK INSURANCE COMPANY
HEREIN CALLED THIS COMPANY
INCORPORATED UNDER
THE LAWS OF DELAWARE

RODOLFO E ZUNIGA
3018 W WILDER AVE
TAMPA, FL  33614-6700

## READ YOUR POLICY CAREFULLY



# Residential Property Policy

**This policy provides limited coverage. Please read your policy and all endorsements carefully.**

THIS POLICY JACKET TOGETHER WITH RESIDENTIAL DWELLING FORM, DECLARATIONS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THIS POLICY

MSP-RES-J(8/88)

AMSBGR01

YOUR RESIDENTIAL DWELLING POLICY
QUICK REFERENCE

DECLARATIONS PAGE
Your Name
Location of Your Residence
Policy Period
Coverages
Amounts of Insurance
Deductible

|  | Beginning On Page |  | Beginning On Page |
|---|---|---|---|
| AGREEMENT | 1 | Our Option | 6 |
| DEFINITIONS | 1 | Reinstatement | 6 |
| COVERAGES | 1 | Loss to a Pair or Set | 6 |
| PERILS INSURED AGAINST | 1 | Glass Replacement | 6 |
| Other Coverages | 3 | Loss Payment | 6 |
| Other Structures | 3 | Appraisal | 6 |
| Debris Removal | 3 | Our Rights of Recovery | 6 |
| Reasonable Repairs | 3 | Suit Against Us | 7 |
| Property Removed | 4 | Abandonment of Property | 7 |
| Collapse | 4 | No Benefit to Bailee | 7 |
| CONDITIONS | 4 | Cancellation | 7 |
| Policy Period | 4 | Return of Premium | 7 |
| Other Insurance | 4 | Liberalization Clause | 7 |
| Insurance Interests & Limits Of Liability | 4 | Waiver of Change of Policy Provisions | 7 |
| Concealment or Fraud | 5 | Assignment | 7 |
| Your Duties After Loss | 5 |  |  |
| Loss Settlement | 5 |  |  |
| Salvage and Recoveries | 6 |  |  |

PLEASE NOTE: THERE MAY BE AMENDATORY ENDORSEMENTS.

AMSBGR02

**American Security Insurance Company**
PO BOX 50355 ATLANTA, GA 30302

770-763-1000

RESIDENTIAL PROPERTY
ADDITIONAL INSURED ENDORSEMENT

| Major | SUB | MINOR |
|-------|-----|-------|
| 07786 | 109 | 150 |

POLICY NUMBER:
09HOC17723537
12/04/2007
RENEWAL

**ADDITIONAL INSURED**-Name and Address (Street No., City, State, Zip)

RODOLFO E ZUNIGA
3022 W WILDER AVE
TAMPA, FL 33614-6700

**NAMED INSURED MORTGAGE**-Name and Address

EMC MORTGAGE CORPORATION
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 7589
SPRINGFIELD, OH 45501-7589
LOAN NUMBER:    0017723537

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy.

| EFFECTIVE DATE: 11/18/2007 | COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|
| EXPIRATION DATE: 11/18/2008 | DWELLING | $    147,000 | $ 1,704.00 |
| EFFECTIVE TIME: 12:01 A.M. | | | |
| DESCRIBED LOCATION (if different from mailing address above) | | | |
| 3018 W WILDER AVENUE | | | |
| TAMPA, FL 33614 | CPIC REGULAR | .8% | $    13.63 |
| | CPIC EMERGENCY | 1.4% | $    23.85 |
| SECURITY INTEREST: | FIGA EMERGENCY | 1.2% | $    20.46 |
| | FHCF ASSESSMENT | 1% | $    17.03 |
| | FIGA ASSESSMENT | 1.76% | $    29.99 |
| | ANNUAL PREMIUM AMOUNT | | $ 1,704.00 |
| | ANNUAL TOTAL CHARGED | | $ 1,808.96 |

Forms and endorsements which are made a part of this policy at time of issue:

Subject to the terms and provisions of the Lender's Security Program, including but not limited to the Residential Property coverage form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions:

a. The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation, and return premium, if any.

b. The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured for the insurance afforded.

c. Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insureds as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Insured, at our option.

**Deductibles** - applies separately to each building or structure, per loss: $ 1000Occupied   $ 1000   Vacant or Unoccupied.

A deductible of **2% of the Coverage Amount or $   23.85**, whichever is greater, applies for loss caused by the perils of Windstorm, Hail or Hurricane.

CLAIMS INFORMATION ONLY: 1-800-652-1262     ALL OTHER INQUIRIES: 1-877-406-4372

# "THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR  HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU"

Agency at

Issue Date
12/04/2007

PMS-A-FL-0906

MS1361

## FORMS ATTACHED WITH THIS POLICY PACKAGE:

MSP−RES−FLAEND (1/07)

MSP−RES−FL−SH(01/07)

MSP−RES−HURR(6/05)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WINDSTORM, HAIL, HURRICANE ENDORSEMENT-
## FLORIDA

When loss occurs under the peril of **Windstorm** or **Hail,** the deductible will be the greater of $ 2,000  or  2  % of the Amount of Insurance, per insured location.

When loss occurs under the peril of **Hurricane,** the deductible will be the greater of $ 2,000  or  2  % of the Amount of Insurance, per insured location.

"Hurricane Occurrence":

a.  Begins at the time a hurricane watch or warning is issued for any part of Florida by the National Hurricane Center of the National Weather Service;

b.  Continues for the time period during which the hurricane conditions exist anywhere in Florida; and

c.  Ends 72 hours following the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the National Hurricane Center of the National Weather Service.

All other terms and conditions of this policy remain unchanged.

# American Security Insurance Company
### 260 Interstate North Circle NW
### Atlanta, GA 30339-2210

**IMPORTANT NOTICE REGARDING FLORIDA ASSESSMENT**

The $ 13.63     SURCHARGE IN YOUR PREMIUM FOR THE ASSESSMENT BY CITIZENS PROPERTY INSURANCE CORPORATION HAS BEEN REDUCED BY $    85.20      DUE TO AN APPROPRIATION BY THE FLORIDA LEGISLATURE.

MS1412

## SINKHOLE COVERAGE
## ENDORSEMENT

The following amendments are made to Form MSP-RES (8/88) :

Perils Insured Against

The following peril is added:

Sinkhole Collapse — meaning actual physical damage arising out of, or caused by, sudden settlement or collapse of the earth supporting the Individual described property and only when such settlement or collapse results from subterranean voids created by the action of water on a limestone or similar rock formation.

Section 3(b.) "Earth Movement," shall not apply to this peril.

All other terms and conditions of this Policy remain the same.

FORM MSP-RES-SH (10/89)                                          MS0104

**ASSURANT**
Solutions

**ASSURANT**
Specialty
Property

## Privacy Policy

You are a valued customer and we strive to meet your privacy concerns. We want to make sure your personal information is protected and that you understand the policies that protect you. There are several legal terms in our privacy policy that we are required to use. We've tried to provide easy-to-understand explanations of the most frequently used legal terms. You'll find the same terms used in many companies' privacy policies.

Assurant Solutions and Assurant Specialty Property companies and other insurers that operate under this Privacy Policy ("we") provide insurance, service contracts and membership products. Our products are offered on behalf of other companies and through our agents. These other companies may be banks; finance companies; retailers; utilities; automobile dealers; manufactured housing and mortgage companies. Those companies that qualify as financial institutions must give our Privacy Policy to you each year. If you have asked not to be solicited, that request is still in effect. You do not need to contact us again. This is not a solicitation. You do not need to respond.

This Privacy Policy gives you examples of the types of data we collect, use, share or disclose; and the kinds of companies with whom we may share such data. These examples serve only as illustrations; they should not be considered all of the data we may collect, use or share. Also, we will comply with state privacy laws that may apply to data about you. Below is our privacy pledge to you:

### *Our Privacy Principles:*

- We do not sell your personal information.

- We do not share customer medical information with anyone within the Assurant Solutions or Assurant Specialty Property family of companies unless you expressly authorize the sharing, or it is permitted or required by law.

- We do not allow those with whom we do business to use our customer information for their own marketing purposes.

- We contractually require any person or business providing products or services on our behalf to safeguard our customer information.

### *Information We May Collect*

- Types of information we may collect and how we gather it:

- From you (or provided to us on your behalf), on applications and other forms you submit to us; for example: your name; address; telephone number; employer; and income.

- For your transactions with our companies or other nonaffiliated parties; for example: your name; address; telephone number; age; credit card use; insurance coverage; transaction history; claims history; and premiums.

- From consumer reporting agencies, public records and data collection agencies; for example: your obligations with others and your creditworthiness.

- From health care providers, such as doctors and hospitals; for example: your past or present health condition. Health data will be collected **only** if we need to find out if you are eligible for coverage, process claims, prevent fraud, as authorized by you or as the law may permit or require. NOTE: We collect health data **only** to manage a health-related product or service; for example: life or disability insurance, for which you applied.

- From you when you enroll, request a service, or file a claim on one of our websites; for example: your name, address, contract number, credit card issuer and account number, personal identification number, e-mail address, service contract and claim information.

- In some cases, from your visits to our Internet websites; for example: session number and user ID. By reviewing the legal notice, terms of use, site agreement or similar named link appearing on any of our websites that you visit you may learn of any "cookies" utilized by us and of any additional information that may be collected from you on that site.

**Information We May Disclose or Share and with Whom**

We may share customer information with other entities as needed to deliver products and services to you, provide customer service, or handle your account.

### Disclosures Permitted by Law

We may share customer information as described above and as permitted by law.

### Disclosures for Joint Marketing and Servicing

We may share customer information with persons or organizations inside or outside our family of companies that perform marketing services for us or with whom we have joint marketing agreements.

### Information Regarding Former Customers

We treat the information of prospective and former customers in the same manner as existing customers with respect to the use of personal information.

### Our Security Procedures

We restrict access to customer information to those employees whom we know have a valid business purpose to have access to such data. We maintain physical, electronic and procedural safeguards. We require those who provide services for us and to whom we provide your data to keep your information safeguarded and confidential.

### Changes to this Privacy Policy

We reserve the right to change this Privacy Policy at any time. If we make material changes, we will provide current customers a new notice that describes our new practices and will post it on our Internet websites.

### Notice of Insurance Information Practices

We may collect personal information from persons other than the individual or individuals proposed for coverage. Personal information as well as other personal or privileged information subsequently collected by us may in certain circumstances be disclosed to a third party without your authorization. You have the right to access and correct all personal information collected. A more complete Notice of Insurance Information Practices will be furnished to you upon request.

### New Mexico and Vermont Residents

As required by state law, we will not share your financial or health data without your permission except as allowed by applicable New Mexico or Vermont law.

The following affiliated companies underwrite or market services under the Assurant Solutions or Assurant Specialty Property service marks or adhere to this Privacy Policy. We value our relationship with you. Should you have any questions about our Privacy Policy, please write to us at The Assurant Solutions/Assurant Specialty Property Privacy Office, Post Office Box 979047, Miami, FL 33197-9047 or e-mail us your question at theprivacyoffice@assurant.com.

**Affiliates:**

| | |
|---|---|
| American Bankers General Agency, Inc. | |
| American Bankers Insurance Company of Florida | Roadgard Motor Club, Inc. |
| American Bankers Life Assurance Company of Florida | Safeco Financial Institution Solutions, Inc. |
| American Bankers Management Company, Inc. | Service Delivery Advantage, LLC |
| American Reliable Insurance Company | Standard Guaranty Insurance Company |
| American Security Insurance Company | Sureway, Inc. |
| Assurant Services of Puerto Rico, Inc. | Time Insurance Company |
| Caribbean American Life Assurance Company | Union Security Insurance Company |
| Caribbean American Property Insurance Company | Union Security Life Insurance Company of New York |
| Consumer Assist Network Association, Inc. | United Family Life Insurance Company |
| Federal Warranty Service Corporation | United Service Protection, Inc. |
| Insureco Agency | United Service Protection Corporation |
| Insureco, Inc. | Voyager Indemnity Insurance Company |
| Insureco Services, Inc. | Voyager Property and Casualty Insurance Company |
| National Insurance Agency | Voyager Service Programs, Inc. |
| Reliable Lloyds Insurance Company | Voyager Service Warranties, Inc |

**Non-Affiliates:**

| | |
|---|---|
| Ranchers and Farmers Mutual Insurance Company | Southern County Mutual Insurance Company |
| Republic Lloyds | State and County Fire Mutual Insurance Company |

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES

15. Suit Against Us. No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss.

16. Abandonment of Property. You must take all reasonable steps to protect the property which a prudent interested party would take in the absence of this or other insurance. We need not accept any property abandoned by you.

17. No Benefit to Bailee. We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this policy.

18. Cancellation.

   a. Coverage under this policy shall automatically and without prior notice, cancel when the Named Insured no longer has an interest in the Described Property or when the Named Insured has been provided with another policy that meets the requirements of the Named Insured as set forth in the mortgage agreement applicable to the Described Property.

   b. This policy may also be cancelled by the Named Insured by returning it to us or notifying us in writing of the date cancellation is to take effect.

   c. We may cancel this policy by mailing notice of cancellation to the Named Insured at the address shown on the Additional Insured Endorsement or by delivering the notice not less than 30 days prior to the effective date of cancellation.

   d. We will mail to the Named Insured at the address shown on the Additional Insured Endorsement notice of non renewal not less than 30 days before the end of the policy period, if we decide not to renew or continue this policy.

19. Return of Premium. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata. If the return premium is not refunded with the notice of cancellation or when the policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect. The return of premium is not a condition of the cancellation.

20. Liberalization Clause. If we adopt any revision which would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

21. Waiver or change of Policy Provisions. A waiver or change of any provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination shall not waive any of our rights. No course of conduct nor any indulgences, waivers, extensions, forebearances, non-enforcement of policy conditions, or the like, extended at or over any time or from time to time by the Company to the Named Insured or anyone shall waive, nullify, or modify any policy provision as to any other occasion or waive, nullify, or modify any other policy provision.

22. Assignment. Assignment of this policy shall not be valid unless we give our written consent.

In Witness Whereof, we have caused this policy to be executed and attested, and , if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

Secretary                                      President

MSP-RES(8/88)                          7                          AMSBGI07

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES

4.  Concealment or Fraud. We do not provide coverage if you have intentionally concealed or misrepresented any material fact or circumstance relating to this insurance. We do not provide coverage if you have acted fraudulently or made false statements relating to this insurance whether before or after loss.

5.  Your Duties After Loss. In case of a loss to which this insurance may apply, you shall see that the following duties are performed:

a.  give immediate notice to us or our agent;
b.  protect the property from further damage, make reasonable and necessary repairs required to protect the property, and keep an accurate record of repair expenditures;
c.  exhibit the damaged property as often as we reasonably require;
d.  submit to signed statements and examinations under oath; and
e.  submit to us, within 60 days after we request, your signed, sworn statement of loss which sets forth, to the best of your knowledge and belief:

   (1)  the time and cause of loss;
   (2)  the interest of you and all others in the property involved and all encumbrances on the property;
   (3)  other insurance which may cover the loss;
   (4)  changes in title or occupancy of the property during the term of the policy; and
   (5)  specifications of any damaged building and detailed estimates for repair of the damage.

6.  Loss Settlement. Covered property losses are settled as follows:

A.  Buildings at replacement cost without deduction for depreciation, subject to the following:

   (1)  We will pay the cost of repair or replacement, without deduction for depreciation, but not exceeding the smallest of the following amounts:

      (a)  the limit of liability under this policy applying to the building;
      (b)  the replacement cost of that part of the building damaged for equivalent construction and use on the same premises; or
      (c)  the amount actually and necessarily spent to repair or replace the damaged building.

   If the full cost to repair or replace the damaged property is more than $1,000 or 5% of the limit of liability for the Dwelling, we will pay no more than the actual cash value until actual repair or replacement is completed.

   You may disregard these replacement cost loss settlement provisions when making a claim. You may claim loss to buildings on actual cash value basis. If you do, you may make further claim within 180 days after the loss based upon and for any specific additional cost to you actually incurred within that period in replacing the damaged property on a replacement cost basis.

B.  Loss to the following types of property will be settled at the actual cash value of the damaged property at the time of loss. Actual cash value includes deduction for depreciation.

   (1)  Structures that are not buildings.
   (2)  Antennas, carpeting, awnings, domestic appliances and outdoor equipment, all whether or not attached to buildings.

   We will not pay more than the smallest of:

   (1)  the cost to repair or replace the damaged property with property of like kind and quality;
   (2)  the actual cash value of the damaged property; or
   (3)  the limits of liability of this policy applying to the property.

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES

7.  Salvage and Recoveries: When, in connection with any loss covered by this policy, any salvage or recovery is received subsequent to the payment of such loss, the loss shall be refigured on the basis of what it would have been settled for had the amount of salvage or recovery been known at the time the amount of loss was originally determined. Any amounts thus found to be due any party, including us, shall be promptly paid or reimbursed.

8.  Our option. If we give you written notice within 30 days after we receive your signed, sworn statement of loss, we may repair or replace any part of the property damaged with equivalent property.

9.  Reinstatement: It is understood and agreed that any claim under this policy shall not reduce the amount of insurance stated on the Declarations page for any other loss occasion.

10.  Loss to a Pair or Set. In case of loss to a pair or set, we may elect to:
    (a) repair or replace any part to restore the pair or set to its value before the loss; or
    (b) pay the difference between actual cash value of the property before and after the loss.

11.  Glass Replacement. Covered loss to glass shall be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

12.  Loss Payment. We will adjust all losses with the Named Insured. Payment for loss will be made within 60 days after we reach agreement with the Named Insured, entry of a final court judgement, or the filing of an approved award with us. Loss will be made payable to the Named Insured and the Additional Insured as their interests appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured and the Additional Insured, at the Company's option. No coverage will be available to any mortgagee other than that sworn as the Named Insured on the Declarations page of this policy.

13.  Appraisal. If the Named Insured and we fail to agree on the actual cash value or amount of loss, either party may make written demand for an appraisal. Each party will select an appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, the Named Insured or we can ask a judge of a court of record in the state of the Described Location to select an umpire.

    The appraisers will appraise the loss, based on the method of payments specified in the policy for each item. If the appraisers submit a written report of an agreement to us, that amount will be the actual cash value or amount of loss. If they cannot agree, they will submit their differences to the umpire. A written award by any two will determine the amount of loss.

    Each party will pay the appraiser it chooses and his expenses, and equally pay expenses for the umpire and all other expenses of the appraisal.

14.  Our Rights of Recovery (Subrogation). In the event of any claim under this policy, we are entitled to all your rights of recovery against another person. You must sign and deliver to us any legal papers relating to that recovery, do whatever else is necessary to help us exercise those rights and do nothing after loss to prejudice our rights.

    When you have made a claim under this policy and also recover from another person, the amount recovered from the other person shall be held by you in trust for us and reimbursed to us to the extent of any damages paid by us under this policy.

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES

    e.   Neglect, meaning your neglect to use all reasonable means to save and preserve property at and after the time of loss.

    f.   War, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

    g.   Nuclear Hazard, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

       Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke.

       This coverage does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from nuclear hazard is covered.

    h.   Intentional Loss, meaning any loss arising out of any act committed
       (1)  by you or at your direction; and
       (2)  with the intent to cause a loss.

4.   We do not insure for loss caused by any of the following. However, any ensuing loss not excluded or excepted is covered.

    a.   Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 3. above to produce the loss;

    b.   Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body;

    c.   Faulty, inadequate or defective:
       (1)  planning, zoning, development, surveying, siting;
       (2)  design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
       (3)  materials used in repair, construction, renovation or remodeling; or
       (4)  maintenance;
     of part or all of any property whether on or off the described premises.

## OTHER COVERAGES

1.    Other Structures

    Subject to the provisions of this article, we cover other structures on the Described Location, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line or similar connection are considered to be other structures.

    We do not cover other structures:

    a.   used in whole or in part for commercial, manufacturing or farming purposes; or

    b.   rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

    The amount of insurance on other structures shall be limited to 10% of the dwelling coverage as an additional amount of insurance.

2.    Debris Removal

    We will pay the reasonable expense incurred by you for the removal of debris from a property loss covered by this policy. Debris removal expense is included in the limit of liability applying to the damaged property.

3.    Reasonable Repairs

    We will pay the reasonable cost incurred by you for necessary repairs made solely to protect the property covered by this policy from further damage if there is coverage for the peril causing the loss. Use of this coverage is included in the limit of liability that applies to the property being repaired.

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES

4.     **Property Removed**

Covered property while being removed from a premises endangered by a Peril Insured Against and for not more than 30 days while removed, is covered for direct loss from any cause. This coverage does not change the limit of liability that applies to the property being removed.

5.     **Collapse**

We insure for risk of direct physical loss to Property Covered involving collapse of a building or any part of a building caused only by one or more of the following:

a.   Fire or lightning, windstorm or hail, explosion, riot or civil commotion, aircraft, vehicles, smoke, vandalism, or malicious mischief, breakage of glass or safety glazing material, burglars, falling objects, weight of ice, snow or sleet, accidental discharge or overflow of water or steam from within a plumbing, heating or air conditioning system or from within a household appliance, sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning system or an appliance for heating water, freezing of plumbing, heating or air conditioning system or of a household appliance.

b.   Hidden decay,

c.   Hidden insect or vermin damage,

d.   Weight of content, equipment, animals or people,

e.   Weight of rain which collects on a roof,

f.   Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling, or renovation.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

Collapse does not apply to loss to the following unless damage is caused directly by collapse of a building:

Awnings, fences, pavements, patios, swimming pools, underground pipes, flues, drains, cesspools, septic tanks, foundations, retaining walls, bulkheads, piers, wharves, or docks.

Coverage for collapse is included in the limit of liability applying to the damaged Covered Property.

## CONDITIONS

1.   **Policy Period.** This Policy applies only to loss which occurs during the policy period.

2.   **Other Insurance.** If there is any other valid or collectible insurance which would attach if the insurance under this policy had not been effected, this insurance shall apply only as excess and in no event as contributing insurance and then only after all other insurance has been exhausted.

3.   **Insurance Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we shall not be liable:

a.   for an amount greater than the interest of the persons insured under this policy;

    or

b.   for more than the limit of liability that applies, whichever is less.

If the Described Property is vacant and the mortgage on the property has been declared in default by the mortgagee at the time of a loss, we shall be liable for no more than the Named Insured's interest in the property at the time of the loss.

The Named Insured's interest is represented by the mortgagor's unpaid balance, less unearned interest and finance charges, less unearned insurance premiums, less collection and foreclosure expenses, and less late charges and penalties added to the mortgagor's unpaid balance after the inception date of this policy.

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

Throughout this policy "you" and "your" refer to the "Named Insured," (Mortgagee) and the "Additional Insured" (Mortgagor) shown in the Declarations. "We," "our," and "us" refer to the Company providing this insurance.

## COVERAGES

This insurance applies to the Dwelling Property described in the Additional Insured Endorsement which has been issued and is Eligible Real Estate within the description of property covered below, and which is not otherwise excluded.

1.   Property Covered

     We cover:

     a.   of any kind the dwelling on the Described Location, used principally for dwelling purposes not to exceed four (4) living units including, but not limited to, individually owned townhouses or permanently situated mobile homes;

     b.   structures attached to the dwelling;

     c.   materials and supplies on or adjacent to the Described location for use in the construction, alteration, or repair of the dwelling or other structures on this location; and

     d.   if not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location.

2.   Property Not Covered

     a.   Personal Property of any kind.

     b.   Outdoor trees, shrubs, plants, and lawns.

     c.   Outdoor swimming pools; fences, piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls not constituting a part of buildings; walks; roadways; and other paved surfaces.

     d.   Cost of excavations, grading or filling.

     e.   Foundations of buildings, machinery, boilers or engines which foundations are below the surface of the ground.

     f.   Pilings, piers, pipes, flues, and drains which are underground.

     g.   Pilings which are below the low water mark.

     h.   Land (including land on which the property is located).

## PERILS INSURED AGAINST

We insure against risks of direct loss to covered property only if that loss is a physical loss to property. However, we do not insure losses which are excluded below:

1.   We do not insure for loss involving collapse, other than as provided in Other Coverages

     a.   However, any ensuing loss not excluded or excepted is covered.

2.   We do not insure for loss caused by:

     a.   freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

          (1)  fence; pavement, patio or swimming pool;

          (2)  foundation, retaining wall or bulkhead; or

          (3)  pier, wharf or dock;

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES

    b.  theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

    c.  constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or from within a household appliance;

    d.  (1) wear and tear, marring, deterioration;

        (2) inherent vice, latent defect, mechanical breakdown;

        (3) smog-rust, mold, wet or dry rot;

        (4) smoke from agricultural smudging or industrial operations;

        (5) release, discharge or dispersal of contaminants or pollutants;

        (6) settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls floors, roofs, or ceilings; or

        (7) birds, vermin, rodents, insects or domestic animals.

        If any of these cause water damage not otherwise excluded, to escape from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this escaped.

However, under this Paragraph 2., any ensuing loss not excluded or excepted is covered.

3.    We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

    a.  Ordinance or Law, meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure, unless specifically provided under this policy.

    b.  Earth Movement, meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; earth sinking, sinkhole, mine subsidence, rising or shifting; unless direct loss by:

        (1) fire;

        (2) explosion; or

        (3) breakage of glass or safety glazing material which is part of a building, storm door or storm window;

        ensues and then we will pay only for the ensuing loss.

        This exclusion does not apply to loss by theft.

        One or more volcanic eruptions that occur within an hour period will be considered as one volcanic eruption.

    c.  Water Damage, meaning:

        (1) flood, surface water, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

        (2) water which backs up through sewers or drains. This includes water emanating from a sump pump, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water; or

        (3) water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

        Direct loss by fire, explosion or theft resulting from water damage is covered.

    d.  Power Failure, meaning the failure of power or other utility service if the failure takes place off the described premises. But, if a Covered Cause of Loss ensues on the described premises, we will pay only for that ensuing loss.

        Loss ensues on the described premises, we will pay only for that ensuing loss.

b.   theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

c.   constant or repeated seepage or leakage of water or steam over a period of weeks,  months or years from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or from within a household appliance;

d.   (1) wear and tear, marring, deterioration;
(2) inherent vice, latent defect, mechanical breakdown;
(3) smog-rust, mold, wet or dry rot;
(4) smoke from agricultural smudging or industrial operations;
(5) release, discharge or dispersal of contaminants or pollutants;
(6) settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls floors, roofs, or ceilings; or
(7) birds, vermin, rodents, insects or domestic animals.

If any of these cause water damage not otherwise excluded, to escape from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance.  We do not cover loss to the system or appliance from which this escaped.

However, under this Paragraph 2., any ensuing loss not excluded or excepted is covered.

3.      We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

a.   Ordinance or Law, meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure, unless specifically provided under this policy.

b.   Earth Movement, meaning earthquake including land shock waves or tremors before, during  or after a volcanic eruption; landslide; mudflow; earth sinking, sinkhole, mine subsidence, rising or shifting; unless direct loss by:

(1) fire;
(2) explosion; or
(3) breakage of glass or safety glazing material which is part of a building, storm door  or storm window;

ensues and then we will pay only for the ensuing loss.
This exclusion does not apply to loss by theft.

One or more volcanic eruptions that occur within an hour period will be considered as one volcanic eruption.

c.   Water Damage, meaning:

(1) flood, surface water, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;
(2) water which backs up through sewers or drains.  This includes water emanating from a  sump pump, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water; or
(3) water below the surface of the ground, including water which exerts pressure on or seeps  or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

Direct loss by fire, explosion or theft resulting from water damage is covered.

d.   Power Failure, meaning the failure of power or other utility service if the failure takes place off the described premises.  But, if a Covered Cause of Loss ensues on the described premises, we will pay only for that ensuing loss.

Loss ensues on the described premises, we will pay only for that ensuing loss.

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

Throughout this policy "you" and "your" refer to the "Named Insured," (Mortgagee) and the "Additional Insured" (Mortgagor) shown in the Declarations. "We," "our," and "us" refer to the Company providing this insurance.

## COVERAGES

This insurance applies to the Dwelling Property described in the Additional Insured Endorsement which has been issued and is Eligible Real Estate within the description of property covered below, and which is not otherwise excluded.

1.  Property Covered

    We cover:

    a.  of any kind the dwelling on the Described Location, used principally for dwelling purposes not to exceed four (4) living units including, but not limited to, individually owned townhouses or permanently situated mobile homes;

    b.  structures attached to the dwelling;

    c.  materials and supplies on or adjacent to the Described location for use in the construction, alteration, or repair of the dwelling or other structures on this location; and

    d.  if not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location.

2.  Property Not Covered

    a.  Personal Property of any kind.

    b.  Outdoor trees, shrubs, plants, and lawns.

    c.  Outdoor swimming pools; fences, piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls not constituting a part of buildings; walks; roadways; and other paved surfaces.

    d.  Cost of excavations, grading or filling.

    e.  Foundations of buildings, machinery, boilers or engines which foundations are below the surface of the ground.

    f.  Pilings, piers, pipes, flues, and drains which are underground.

    g.  Pilings which are below the low water mark.

    h.  Land (including land on which the property is located).

## PERILS INSURED AGAINST

We insure against risks of direct loss to covered property only if that loss is a physical loss to property. However, we do not insure losses which are excluded below:

1.  We do not insure for loss involving collapse, other than as provided in Other Coverages

    a.  However, any ensuing loss not excluded or excepted is covered.

2.  We do not insure for loss caused by:

    a.  freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

        (1)  fence; pavement, patio or swimming pool;

        (2)  foundation, retaining wall or bulkhead; or

        (3)  pier, wharf or dock;

# FLORIDA

Calendar Year Hurricane Deductible - Florida

## Advisory Notice To Policy/Certificateholders

*The State of Florida has made changes to the law regarding hurricane insurance deductibles. This is due to the catastrophic hurricane season of 2004. Many property owners suffered economic hardship because of the continuous damage brought by the number of hurricanes that struck the state, including the insurance deductible applied to each separate loss caused by a hurricane.* **PLEASE READ YOUR POLICY CAREFULLY.** *Below is an explanation of the changes.*

Your policy now provides a separate deductible, to be applied once a year, for all losses caused by one or more hurricanes during a calendar year. However, it is important for you to know the following:

- Each new hurricane deductible begins January 1st and ends December 31st of any given year. Therefore, the deductible will apply once under consecutive policy periods within a calendar year.
- Each January 1st, you will be subject to a new calendar year deductible for the coming year.
- Your hurricane deductible applies to loss to covered property caused by one or more hurricanes during each calendar year. If more than one hurricane causes damage, the deductible for any subsequent hurricane will be the greater of:
  - The remaining dollar amount of your calendar year hurricane deductible from the first hurricane; or
  - Your standard policy deductible that is in effect at the time of the subsequent hurricane.

---

**EXAMPLES:**

<u>Application of deductible with one hurricane during the calendar year</u> -Hurricane A occurs on September 1st and causes $20,000 of damage to the covered home. The policy limits are $100,000 and the hurricane deductible is $1,000. The amount that we would pay you would be $20,000 - $1,000 = $19,000.

<u>Application of deductible with a second hurricane during the calendar year and the hurricane deductible was used up with the first hurricane</u> - Hurricane A occurs on September 1st and causes $20,000 of damage to the covered home. Your hurricane deductible is $1,000 and has been used up with the first hurricane loss. Hurricane B occurs on October 1st and causes $10,000 of damage to the covered home. The policy limits are $100,000 and the hurricane deductible is $1,000. Your standard deductible is $500. Because this is the 2nd hurricane causing damage to your home and the hurricane deductible was exhausted in the first hurricane loss, hurricane A, your standard deductible will apply. The amount that we would pay you would be $10,000 - $500 = $9,500.

---

- IF YOU CHANGE INSURERS DURING THE CALENDAR YEAR, THE "ONCE A YEAR" HURRICANE DEDUCTIBLE MAY <u>NOT</u> APPLY, AND YOU MAY INCUR A NEW HURRICANE DEDUCTIBLE IF THERE IS MORE THAN ONE HURRICANE DURING THE CALENDAR YEAR-REGARDLESS OF WHETHER YOU ALREADY SATISFIED A HURRICANE DEDUCTIBLE THAT SAME YEAR.

---

Includes copyright material
Insurance Services Office with its permission

AMSBZS01

**The following applies to *your* policy:**

Please report any windstorm loss caused by a hurricane occurrence that is below the hurricane deductible so that we may consider the amount of such loss when adjusting claims for subsequent hurricane occurrences that occur during the calendar year.

**If you have any questions regarding this notice, please contact your agent or us.**

## READ YOUR POLICY CAREFULLY